UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:95-CR-57-4-F



| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
| v. | |
| MICHAEL SMITH | |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

    Furthermore, by filing of this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

Frank D. Whitney
United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by hand-delivering a copy of same.

    Respectfully submitted this 10th day of March, 2005.

THOMAS P. McNAMARA
Federal Public Defender

_Edwin C. Walker_
EDWIN C. WALKER
First Assistant Federal Public Defender
N.C. State Bar No. 9019