

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:95-CR-57-4

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Michael Smith** | ) | |

On this the 29th day of March, 2005, comes Dwayne K. Benfield, U.S. Probation Officer, in open court at Wilmington, North Carolina, who shows the court that Michael Smith appeared before the Honorable James C. Fox, Senior U.S. District Judge, sitting in the court at Wilmington, North Carolina, on March 18, 1996, and pursuant to an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base, was sentenced to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months.

From evidence presented, the court finds as a fact that Michael Smith, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that upon release from custody, the defendant be placed on supervised release for a term of 36 months under the standard conditions of supervised release.

**IT IS FURTHER ORDERED** that the Clerk deliver three certified copies of this Judgment to the U.S. Marshal or other qualified officer and that the same shall serve as the commitment herein.

This the 29th day of March, 2005.

James C. Fox
Senior U.S. District Judge

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By

Delivered to Seymour·FPC
on 25may05 at 1000hrs.

Charles Reavis
U.S. Marshal

Mike Williams
DUSM

FILED
JUN 0 3 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

SCANNED

143