JUDGMENT

FILED: January 25, 2006

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 05-4395
CR-95-57-F

FILED
FEB 2 1 2006

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MICHAEL SMITH

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of North Carolina at New Bern

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
---
CLERK

A True Copy Teste:

/s/ Diane Burke
Deputy Clerk