FILED<br>PROB 18<br>(REV. MAR 1 5 2007)<br>DENNIS P. IAVARONE, CLERK<br>US DISTRICT COURT, EDNC<br>BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division


RECEIVED MAR 1 2 2007
U.S. Marshals Service, EDNC

U.S.A. vs. Michael Smith

DOCKET NO.: 4:95-CR-57-4 F

TO: ¹U.S. MARSHAL OR OTHER QUALIFIED OFFICER

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court.

| NAME: | SEX | RACE | AGE |
|---|---|---|---|
| Michael Smith | Male | Black | 41 |

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| Honorable James C. Fox, Senior U.S. District Judge | |

TO BE BROUGHT BEFORE:

Honorable James C. Fox, Senior U.S. District Judge

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Dennis P. Iavarone | Shelia Todd | 3-9-07 |

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | 03-12-2007 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS, Greenville, NC

| NAME | BY | DATE |
|---|---|---|
| DUSM Johnnie Dove | Karen U. Thomas USMS, E/NC | 03-12-07 |

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".